CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Brad S. Sures (SBN 101430)
LAW OFFICE OF BRAD S. SURES
10803 Gloria Avenue
Granada Hills, CA 91344-5514
Attorneys for Defendant
Craig P. Smith, in individual and representative capacity
as trustee of The Living Trust of Craig P. Smith

Pavel Ekmekchyan (SBN 223222)
213.985.2007 | pavel@yumollp.com
633 West Fifth Street,
Suite 2800 Los Angeles, CA 90071
213.377.5501 Facsimile
Attorneys for Defendant
Edik Karapetyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br>v.<br><br>CRAIG P. SMITH, in individual and representative capacity as trustee of The Living Trust of Craig P. Smith; EDIK KARAPETYAN; and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-CV-08791-SVW-PJW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: March 03, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By:   /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: March 03, 2020 | LAW OFFICE OF BRAD S. SURES |
| 7 | | |
| 8 | | |
| 9 | | By:   /s/ Brad S. Sures<br>Brad S. Sures |
| 10 | | Attorneys for Defendant<br>Craig P. Smith, in individual and |
| 11 | | representative capacity as trustee<br>of The Living Trust of Craig P. Smith |
| 12 | | |
| 13 | | |
| 14 | Dated: March 03, 2020 | YU MOHANDESI LLP |
| 15 | | |
| 16 | | |
| 17 | | By:   /s/ Pavel Ekmekchyan<br>Pavel Ekmekchyan |
| 18 | | Attorneys for Defendant<br>Edik Karapetyan |

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Brad S. Sures, counsel for Craig P. Smith and Pavel Ekmekchyan counsel for Edik Karapetyan, and that I have obtained authorization to affix their electronic signature to this document.

Dated: March 03, 2020         CENTER FOR DISABILITY ACCESS

                              By:   /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorneys for Plaintiff